IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBERT HUSKEY, | Case No. 1:09-cv-01576 OWW JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 10) |
| PAM AHLIN, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff is a civil detainee proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On December 9, 2010, the magistrate judge filed findings and recommendations which were served on Plaintiff and contained noticed that any objections to the findings and recommendations were to be filed within twenty-one days. On December 28, 2010, Plaintiff filed timely objections to the findings and recommendations.

1    In accordance with 28 U.S.C. 636(b)(1)(B) and Local Rule 302, the Court has conducted a
2 de novo review of this case. Having carefully reviewed the entire file, the Court finds the magistrate
3 judge's findings and recommendations to be supported by the record and proper analysis.
4 /////
5 /////
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The findings and recommendations of the magistrate judge filed December 9, 2010,
8         are adopted in full;
9    2.   Plaintiff's Fourteenth Amendment claims against Defendants Kanaley, Wagoner,
10        Rodgers, Ahlin, and King are dismissed with prejudice for failure to state a claim
11        upon which relief may be granted; and
12   3.   This action shall proceed on Plaintiff's state law claims and Fourteenth Amendment
        claims against Defendants Lasley and Pham. IT IS SO ORDERED.

**Dated:   December 30, 2010**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE